UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00709-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 3) |

  Pending before the Court is a motion for suggestion of death. Docket No. 3. Plaintiff brings that motion pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, which allows for the substitution of parties after a party has died. Plaintiff has not died. Accordingly, the motion is **DENIED**.

  IT IS SO ORDERED.

  Dated: April 6, 2016

                _____
                NANCY J. KOPPE
                UNITED STATES MAGISTRATE JUDGE