# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00709-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 25) |

Pending before the Court is Plaintiff's motion to increase copywork. Docket No. 25. A report and recommendation for dismissal is pending. Docket No. 8. Plaintiff has filed an objection. Docket No. 10. At this point, there is nothing further that Plaintiff needs to file in this case, so the motion to increase copywork is **DENIED** without prejudice.

　　　　IT IS SO ORDERED.

　　　　Dated: May 4, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE