# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE,<br><br>              Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY, et al.,<br><br>              Defendant(s). | Case No. 2:16-cv-00709-GMN-NJK<br><br>**ORDER**<br><br>(Docket Nos. 27, 28) |

       The undersigned magistrate judge has issued a report and recommendation in this case, and Plaintiff has filed an objection. Docket Nos. 8, 10. The assigned district judge will resolve that objection in the ordinary course. In the interim, however, Plaintiff has bombarded the Court with filings that appear to have nothing to do with this case. *See, e.g.*, Docket No. 19 (response to motion for summary judgment). Plaintiff does so by simply listing multiple case numbers on his filings. Plaintiff is hereby **ORDERED** to file in this case only documents that actually relate to this case. Plaintiff is further **ORDERED** that he may not submit documents for filing in this case that contain numerous case numbers. Moving forward, the Court will strike documents filed in this case containing more than one case number.

       The motions filed by Plaintiff at Docket Nos. 27 and 28 do not appear to relate to the underlying allegations in this case, and are therefore **DENIED**.

       IT IS SO ORDERED.

       Dated: May 4, 2016

                                                              _____<br>
                                                              NANCY J. KOPPE<br>
                                                             UNITED STATES MAGISTRATE JUDGE