# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, | Case No. 2:16-cv-00709-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | (Docket No. 37) |
| CLARK COUNTY, et al., | |
| Defendant(s). | |

The Court previously ruled as follows: "Plaintiff is hereby **ORDERED** to file in this case only documents that actually relate to this case. Plaintiff is further **ORDERED** that he may not submit documents for filing in this case that contain numerous case numbers. Moving forward, the Court will strike documents filed in this case containing more than one case number." Docket No. 31. Plaintiff's filing at Docket No. 37 is captioned with seven case numbers and is a response to a filing in a different case. As such, Docket No. 37 is hereby **STRICKEN**.

IT IS SO ORDERED.

Dated: May 23, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE