# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR TAGLE,

    Plaintiff(s),

vs.

CLARK COUNTY, et al.,

    Defendant(s).

Case No. 2:16-cv-00709-GMN-NJK

**ORDER**

(Docket No. 43)

The Court previously ruled as follows: "Plaintiff is hereby **ORDERED** to file in this case only documents that actually relate to this case. Plaintiff is further **ORDERED** that he may not submit documents for filing in this case that contain numerous case numbers. Moving forward, the Court will strike documents filed in this case containing more than one case number." Docket No. 31. Plaintiff's filing at Docket No. 43 is captioned with three case numbers and seeks various relief in the different cases.

Moreover, the relief sought in this case is a status check, *id.*, which the Court has already instructed Plaintiff it cannot give, Docket Nos. 14, 16.

As such, Docket No. 43 is hereby **STRICKEN**.

IT IS SO ORDERED.

Dated: August 16, 2017

                                              NANCY J. KOPPE
                                              UNITED STATES MAGISTRATE JUDGE