**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| VICTOR TAGLE, | ) | Case No.: 16-cv-00709-GMN-NJK |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CLARK COUNTY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Plaintiff Victor Tagle's ("Plaintiff's") Application for Leave to Proceed in forma pauperis, (ECF No. 1). The Honorable Magistrate Judge Nancy J. Koppe entered a Report and Recommendation ("R. & R."), (ECF No. 8), to which Plaintiff filed Objections, (ECF No. 10).

In the Report and Recommendation, Judge Koppe recommended that the case be dismissed for a lack of subject matter jurisdiction. (R. & R. 1:19-20). Specifically, "Plaintiff repeatedly and emphatically insists that he does not bring a federal cause of action under 42 U.S.C. § 1983, but instead brings only state tort claims," and "Plaintiff and at least one Defendant share Nevada citizenship." (*Id.* 2:23-24, 3:7-8). Judge Koppe therefore recommends that "this case be dismissed for lack of subject matter jurisdiction." (*Id.* 4:3-4).

In accordance with Local Rule IB 3-1, the Court reviewed Plaintiff's Application and Objection, and agrees with Judge Koppe that the Court does not have subject matter jurisdiction over the matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Objections, (ECF No. 10), are **OVERRULED**, and the Magistrate Judge Nancy J. Koppe's Order dismissing Plaintiff's Application for Leave to Proceed in forma pauperis for lack of subject matter jurisdiction is **AFFIRMED**.

DATED this __4__ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court